

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00102-CV

_____

IN THE INTEREST OF G.H., C.M.H., N.M., CHILDREN

On Appeal from the 276th District Court
Camp County, Texas
Trial Court No. CPS-11-1749

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Cindy's[1] parental rights to G.H., C.M.H., and N.M. were terminated. Cindy is represented on appeal by court-appointed counsel who has filed a brief in accordance with the requirements of *Anders v. California*, 386 U.S. 738 (1967).[2] Court-appointed counsel has concluded that, after a thorough review of the record, this appeal is frivolous and without merit. Because we agree, we affirm the judgment of the trial court.

The *Anders* brief filed by Cindy's counsel presents a professional evaluation of the record demonstrating why there are no arguable grounds for reversal. Counsel has established that he provided Cindy with a copy of his brief, notified her of her right to file a pro se response, and explained how she could obtain a copy of the appellate record. Cindy has not exercised her right to file a pro se response. Court-appointed counsel's brief meets the requirements of *Anders* by providing a professional evaluation of the record and advancing a contention of possible error which might arguably support the appeal. *See Anders*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978).

---

[1]To protect the children's privacy, the biological mother of G.H., C.M.H., and N.M. will be referred to as Cindy. The biological father of G.H. and C.M.H. will be referred to as John, and the biological father of N.M. will be referred to as Anthony. While the trial court also terminated the parental rights of John and Anthony, this appeal relates to the termination of Cindy's rights only.

[2]*Anders* applies to an appeal from a termination of parental rights. *In re P.M.H.*, No. 06–10–00008–CV, 2010 WL 1794390, at *1 (Tex. App.—Texarkana May 6, 2010, no pet.) (mem.op.).

Having thoroughly reviewed the record and counsel's brief, we agree with counsel's assessment that the appeal is frivolous and without merit. We find nothing in the record that could arguably support the appeal.

We affirm the trial court's final order terminating Cindy's parental rights to G.H., C.M.H., and N.M. and grant counsel's motion to withdraw.

Josh R. Morriss, III
Chief Justice

Date Submitted:     February 21, 2013
Date Decided:       February 22, 2013